AFFYMETRIX, INC., Plaintiff–
Appellee,

v.

MULTILYTE LTD., Defendant–
Appellant.

No. 05–1460.

United States Court of Appeals,
Federal Circuit.

March 24, 2006.

Before NEWMAN, MAYER, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED: *AFFIRMED.* *See* Fed. Cir.
R. 36

APOTEX, INC. and Apotex Corp.,
Plaintiffs–Appellants,

v.

SANOFI–SYNTHELABO (also known
as Sanofi–Aventis), Sanofi–Synthela-
bo, Inc. (also known as Sanofi–Aven-
tis, Inc.), and Bristol–Myers Squibb
Sanofi Pharmaceuticals Holding Part-
nership, Defendants–Appellees.

No. 05–1608.

United States Court of Appeals,
Federal Circuit.

March 24, 2006.

Before NEWMAN, SCHALL, and
GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED: *AFFIRMED.* *See* Fed. Cir.
R. 36